IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH, and
SAMUAL POWELL MOORE,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT, a detective with the Denver Police Department, in his individual capacity,
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
C.A.M., whose true name is unknown, a law enforcement officer working for the City and County of Denver, in his or her individual capacity,
CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity,
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity, and
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on **Defendants' Partially Stipulated Motion for Protective Order** [Docket No. 28; Filed October 1, 2008] (the "Motion"). Plaintiffs filed a Response [Docket No. 30] indicating that they stipulate to the language of the proposed protective order except for the inclusion of paragraph 16 [Docket No. 28-2].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Court agrees that a protective order is necessary, but does not agree to the language as set forth by Defendants in paragraph 16. The Court has modified the proposed protective order in paragraphs 5 and 15 as well.

IT IS FURTHER **ORDERED** that the Protective Order, as modified, is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: October 1, 2008