IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH, and
SAMUAL POWELL MOORE,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT, a detective with the Denver Police Department, in his individual capacity,
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
C.A.M., whose true name is unknown, a law enforcement officer working for the City and County of Denver, in his or her individual capacity,
CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity,
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity, and
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion to Withdraw Defendants' Motion for Protective Order to Bifurcate Discovery Pursuant to Fed. R. Civ. P. 26(c)** [Docket No. 76; Filed December 9, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court deems Motion No. 65 to be withdrawn.

A review of the docket in conjunction with this Minute Order also reveals that Plaintiffs filed a Motion to Strike Defendants' Designation of Nonparties at Fault on November 13,

2008 [Docket No. 59] and an Amended Motion to Strike Defendants' Designation of Nonparties at Fault on November 14, 2008 [Docket No. 60].  Given that the latter motion serves to replace the former motion,

    IT IS HEREBY **ORDERED** that the Court deems Motion No. 59 to be withdrawn.

Dated:  December 10, 2008