IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH,
SAMUEL POWELL MOORE, and
DEDE DAVIS,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT, a detective with the Denver Police Department, in his individual capacity,
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity,
CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity,
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity,
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,
JOHN DOE 1, a Denver Police Department officer, whose identity is unknown, in his individual capacity, and
JOHN DOE 2, a Denver Police Department officer, whose identity is unknown, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion of Plaintiffs and Defendant City and County of Denver to Amend Scheduling Order or, in the Alternative, to Extend Expert Deadlines** [Docket No. 111; Filed March 9, 2009] and **Defendants Dalvit, Peterson & Bishop's Joinder in the Stipulated Motion to Amend Scheduling Order, or, in the Alternative, to Extend Expert Deadlines** [Docket No. 114;

Filed March 10, 2009] (the "Motions").  A case moratorium put in place to facilitate settlement was recently lifted by the Court due to the breakdown of settlement negotiations [Docket No. 107].  During the moratorium, all case deadlines were effectively stayed, and the parties did not engage in discovery.

IT IS HEREBY **ORDERED** that the Motions are **GRANTED in part and DENIED in part**.  The extensions of time requested by the parties create too much pressure on the Final Pretrial Conference date set by the Honorable Marcia S. Krieger for December 1, 2009.  This Court has no authority to change the date of the Final Pretrial Conference.  Accordingly, the Scheduling Order entered on October 2, 2008 [Docket No. 37] is amended to extend the following deadlines:

- Non-Expert Written Discovery Deadline — **April 30, 2009**
- Non-Expert Discovery Deadline — **July 1, 2009**
- Expert Designations and Disclosures — **July 1, 2009**
- Rebuttal Expert Designations and Disclosures — **July 21, 2009**
- Expert Discovery Deadline — **August 31, 2009**
- Dispositive Motions Deadline — **September 25, 2009**

Dated:  March 11, 2009