# In the United States District Court
# for the District of Colorado

Civil Action No. 1:08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH,
SAMUEL POWELL MOORE, and
DE DE DAVIS,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
MARK DALVIT, and detective with the Denver Police Department, in his individual capacity;
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity;
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity;
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity
CHOICE JOHNSON, and officer with the Denver Police Department, in his individual capacity;
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual
    capacity;
PAUL ORTEGA, a sergeant with the Denver Sheriff Department in his individual capacity
JOHN DOE 1, a Denver Police Department officer, whose identity is unknown, in his individual
    capacity;
JOHN DOE 2, a Denver Police Department officer, whose identity is unknown, in his
    individual capacity,

    Defendants.

## Plaintiffs' Notice of Dismissal of John Doe 1 and John Doe 2

Plaintiffs, through their counsel, give notice under Federal Rule of Civil Procedure 41(a)(1)(A) of the dismissal of John Doe 1 and John Doe 2 from this action.

Dated: April 14, 2009.

Respectfully submitted,

s/ Ty Gee

Ty Gee
HADDON, MORGAN, MUELLER,
JORDAN, MACKEY & FOREMAN, P.C.
150 East Tenth Avenue
Denver, CO 80203
303.831.7364

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Veronica Rossman
Visiting Lawyering Process Professor
UNIVERSITY OF DENVER
STURM COLLEGE OF LAW
Ricketson Law Building, 463-A
2255 E. Evans Avenue
Denver, CO 80208
303.871.6894

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Taylor Pendergrass
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
400 Corona Street
Denver, CO 80218
303.777.5482

*Attorneys for Plaintiffs*

**Certificate of Service:** I certify that on April 14, 2009, I electronically filed the foregoing *Plaintiffs' Notice of Dismissal of John Doe 1 and John Doe 2* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Stuart L. Shapiro: stuart.shapiro@ci.denver.co.us
Douglas Jewell: ldjewell@bcjlpc.com
Sarah E. McCutcheon: smccutcheon@bcjlpc.com
Thomas S. Rice: trice@sgrllc.com
Sonja S. McKenzie: smckenzie@sgrllc.com

s/ Jennifer Bell