**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                             Date: June 5, 2009
Court Reporter:       Paul Zuckerman

Civil Action No. 08-cv-01693-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MUSE JAMA, | Mark Silverstein |
| JOSE ERNESTO IBARRA, | Taylor Pendergrass |
| DENNIS MICHAEL SMITH, and | Ty Cheung Gee |
| SAMUEL POWELL MOORE, | |

       Plaintiff,

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER, | |
| MARK DALVIT, a detective with the Denver Police Department, in his individual capacity, | Stuart Shapiro<br>L. Douglas Jewell |
| CURT PETERSON, an officer with the Denver Police Department, in his individual capacity, | Sonja McKenzie<br>Thomas Rice |
| JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity, | |
| C.A.M., whose true name is unknown, a law enforcement officer working for the City and County of Denver, in his or her individual capacity, | |
| CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity, | |
| ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity, and | |
| PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity, | |

       Defendants.

**COURTROOM MINUTES**

HEARING:   Law and Motion

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**3:04 p.m.    Court in session**

The Court addresses Motion to Sever.

Argument by Mr. Rice on behalf of all defendants and Mr. Gee on behalf of plaintiffs.

**ORDER:**    Defendants' Motion to Sever (**Doc. #19**) is **DENIED** with leave to renew at the time the ruling on the dispositive motion has been made

The Court addresses Defendant City and County of Denver's Motion to Set Aside (**Doc. #110**)

Argument by counsel Shapiro and Gee.

**ORDER:**    Defendant's Motion to Set Aside the judgment in favor of Plaintiff Davis is **DENIED.**

The Court addresses Defendant's Objections (**Doc. #166**) to the Magistrate Judge's April 27, 2009 Order (**Doc# 153)** granting Carlos Sanchez's Motion to Intervene (**Doc. # 117**).

No further argument.

**ORDER:**    the Defendants' objections are overruled and the Court affirms the Magistrate Judge's Order (**Doc. #153**) permitting Mr. Sanchez's intervention.

The Court addresses Defendants' Objections **(# 168)** to the Magistrate Judge's April 29, 2009 Order **(# 155)** granting in part the Plaintiffs' Motion for Approval to Disclose Discrete Statements Made In a Settlement Conference **(# 130)**.

No further argument.

**ORDER**:    the Defendants objections are overruled  soley because they are moot

The Court addresses Plaintiffs' Renewed Motion to Strike **(# 180).**

No further argument.

**ORDER:**    The Plaintiffs' Motion to Strike (**Doc. #180**) is **DENIED** as moot.

**4:16 p.m.    Court in recess.**
**Total Time:   1 hour 12 minutes.**
**Hearing concluded.**