IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-01693-MSK-KLM

MUSE JAMA,
JOSE ERNEST IBARRA,
DENNIS MICHAEL SMITH,
SAMUEL POWELL MOORE,
CHRISTINA ANN FOURHORN,
DEDE DAVIS

       Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT,
CURT PETERSON,
JOHN BISHOP,
CHOICE JOHNSON,
ANDREW RICHMOND,
PAUL ORTEGA, and
ALAN SIRHAL,

       Defendant(s).

---

## JUDGMENT

---

       Pursuant to the offer of judgment filed February 24, 2009, and the acceptance thereof filed February 24, 2009, with attached proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

       ORDERED that judgment be entered for Plaintiff, Dede Davis, and against Defendant, The City and County of Denver, in the amount of $20,000.00, said amount exclusive of recoverable costs to be set by stipulation of the parties or as determined by the Court, as set forth in the offer of judgment.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of .56% from the date of entry of this Judgment.

DATED at Denver, Colorado this 15th  June, 2009.

GREGORY C. LANGHAM, CLERK

By:  s/ Edward P. Butler
     Edward P. Butler, Deputy Clerk