IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH,
SAMUEL POWELL MOORE, and
DEDE DAVIS,

      Plaintiffs,

ANTONIO CARLOS SANCHEZ,

      Plaintiff-Intervenor,

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT, a detective with the Denver Police Department, in his individual capacity,
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity,
CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity,
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity,
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,
JOHN DOE 1, a Denver Police Department officer, whose identity is unknown, in his individual capacity, and
JOHN DOE 2, a Denver Police Department officer, whose identity is unknown, in his individual capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Unopposed Motion to Consolidate Motions and Briefing on Issues Relating to Confidentiality Designations** [Docket No.

206; Filed June 25, 2009] ("Motion to Consolidate") and **Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Motion for Protective Order** [Docket No. 207; Filed June 25, 2009] ("Motion to Enlarge").

IT IS HEREBY **ORDERED** that the Motion to Consolidate [#206] is **GRANTED**. The Court agrees that issues involving the confidentiality of Defendants' documents are best resolved via consolidated briefing.  Accordingly,

- Plaintiffs and Intervenor shall file a third notice of objections to Defendants's confidentiality designations, if necessary, on or before **July 10, 2009**.

- Defendants shall either (1) file a second motion for protective order on or before **July 24, 2009**, or (2) withdraw their Motion for Protective Order [#177] and file a single motion consolidating the confidentiality dispute on or before **July 24, 2009**.

- Plaintiffs and Intervenor shall respond to Defendants' Motion for Protective Order [#177] (if it remains pending), any additional motion for protective order pertaining to confidentiality issues, and Defendant Ortega's Motion to Seal Exhibits [#186] on or before on or before **August 17, 2009**.

- Defendants shall file a reply to Plaintiffs' and Intervenor's response (if any) on or before **September 4, 2009**.

- Any current deadlines which conflict with the above schedule are **vacated**.

IT IS HEREBY **ORDERED** that the Motion to Enlarge [#207] is **GRANTED**.  Plaintiffs and Intervenor shall respond to Defendants' Motion for Protective Order [#183] on or before **August 10, 2009**.

Dated:  June 29, 2009