IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01693-MSK-KLM

CHRISTINA ANN FOURHORN,
MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH,
SAMUEL POWELL MOORE, and
DEDE DAVIS,

      Plaintiffs,

ANTONIO CARLOS SANCHEZ,

      Plaintiff-Intervenor,

v.

CITY AND COUNTY OF DENVER,
MARK DALVIT, a detective with the Denver Police Department, in his individual capacity,
CURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity,
CHOICE JOHNSON, an officer with the Denver Police Department, in his individual capacity,
ANDREW RICHMOND, an officer with the Denver Police Department, in his individual capacity,
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,
JOHN DOE 1, a Denver Police Department officer, whose identity is unknown, in his individual capacity, and
JOHN DOE 2, a Denver Police Department officer, whose identity is unknown, in his individual capacity,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs, Intervenor and Defendant Denver's**

**Stipulated Motion for Leave to Conduct 2-3 Depositions Beyond Discovery Cut-Off**

[Docket No. 274; August 31, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery deadline is extended for the limited purpose of allowing the parties to conduct the depositions of a Rule 30(b)(6) deponent, Denver Police Department Officer Walton and, if necessary, Denver Police Department Sergeant Basefsky.  Although the parties do not propose a length for the requested extension, the Court agrees that a short extension of time is justified.  Accordingly,

IT IS FURTHER **ORDERED** that the parties shall complete the depositions referenced above on or before **October 1, 2009**.

IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the dispositive motions deadline to **October 9, 2009**.

Dated:  September 1, 2009