IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01693-MSK-KLM

MUSE JAMA,
JOSE ERNESTO IBARRA,
DENNIS MICHAEL SMITH,

     Plaintiffs,

ANTONIO CARLOS SANCHEZ,

     Plaintiff-Intervenor,

v.

CITY AND COUNTY OF DENVER,
KURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity, and
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Stipulated Motion to Amend Caption** [Docket No. 327; October 20, 2009] (the "Motion").  On September 8, 2009 and October 13, 2009 [Docket Nos. 290, 291 & 317], the parties filed three stipulated dismissals of Defendants Mark Dalvit, Andrew Richmond and Choice Johnson and Plaintiffs Christina Ann Fourhorn and Samuel Powell Moore.  In addition, on October 16, 2009, Plaintiffs filed a satisfaction of judgment as to Plaintiff De De Davis [Docket No. 323].  Accordingly, the parties request that the case caption be amended to reflect those parties still actively litigating this case.  Considering that the stipulated dismissals are effective upon filing

without a Court order pursuant to Fed. R. Civ. P. 41(a)(1)(A) and that Plaintiffs have indicated that the judgment entered by the Clerk has been satisfied as to Plaintiff De De Davis' claims [Docket No. 194],

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The case caption on all future pleadings shall be amended as set forth above.

IT IS FURTHER **ORDERED** that Defendant Peterson's name shall be amended to spell his first name correctly as "Kurt" Peterson.

Dated:  October 21, 2009