IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01693-MSK-KLM

MUSE JAMA,
JOSE ERNESTO IBARRA, and
DENNIS MICHAEL SMITH,

    Plaintiffs,

ANTONIO CARLOS SANCHEZ,

    Plaintiff-Intervenor,

v.

CITY AND COUNTY OF DENVER,
KURT PETERSON, an officer with the Denver Police Department, in his individual capacity,
JOHN BISHOP, an officer with the Denver Police Department, in his individual capacity,
ALAN SIRHAL, a Denver Sheriff Department deputy, in his individual capacity, and
PAUL ORTEGA, a sergeant with the Denver Sheriff Department, in his individual capacity,

    Defendants.

## ORDER GRANTING IN PART MOTION FOR CLARIFICATION AND SETTING LAW & MOTION HEARING

**THIS MATTER** comes before the Court on the Defendants' Motion for Clarification and Motion for Extension of Time **(#364)**, to which the Plaintiffs responded **(#365)**, and the Defendants replied **(#369)**. The Defendants represent that the parties are unable to agree on the their joint Rule 702 submission under this Court's procedures. *See* MSK Civ. Practice Standard IV.G.1; MSK Procedures for Rule 702 Motions. Thus, they seek clarification of the procedures and an extension of time to file the joint submission. Having considered the parties submissions and arguments, the Court finds that a law and motion hearing is appropriate.

**IT IS THEREFORE ORDERED** that

(1) A law and motion hearing is scheduled for Tuesday, March 2, 2010 at 4:00 p.m. Ten days prior to the hearing, the Plaintiffs shall file a copy of the expert report at issue and each party shall file an statement specifically identifying the opinions contained in the expert report as that party views them.

(2) The Defendants' Motion for Clarification and Motion for Extension of Time **(#364)** is **GRANTED IN PART** insofar as it seeks an extension of time. A new deadline shall be set at the law and motion hearing.

(3) The Court **RESERVES RULING** on the Defendants' Motion for Clarification and Motion for Extension of Time **(#364)** insofar as it seeks any additional relief.

Dated this 9th day of February, 2010

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge