**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                    Date: March 2, 2010
Court Reporter:     Paul Zuckerman

Civil Action No. 08-cv-01693-MSK-JKN

*Parties*:                                            *Counsel Appearing:*

MUSE JAMA;                                            Mark Silverstein
JOSE ERNESTO IBARRA;                                 Taylor Pendergrass
DENNIS SMITH,                                         Ty Gee

        Plaintiffs

v.

CITY AND COUNTY OF DENVER;
JOHN BISHOP;                                         Stuart Shapiro
PAUL ORTEGA;                                         L Douglas Jewell
ALAN SIRHAL;                                         Thomas Rice
KURT PETERSON,

        Defendants.

---

**COURTROOM MINUTES**

---

HEARING:    Motions

**4:03 p.m.     Court in session.**

The Court addresses Defendants Bishop and Peterson's Motion to Clarify Court's Procedures (**Doc. #364**)

Argument by counsel Gee and Rice.

**ORDER:**     Defendants Bishop and Peterson's Motion to Clarify Court's Procedures (**Doc. #364**) is **GRANTED in part and DENIED in part.**   A statement of the opinions will be provided to defendants by **April 1, 2010.**  Defendants' objections will be

provided to plaintiffs by **April 15, 2010.**  The parties Joint 702 motion will be filed by **April 20, 2010**, or, if the parties still cannot come to an agreement, they will jointly request by motion a hearing to refine or clarify the process.

The Court addresses the parties various motions to seal: **(Doc. #186, #265, #271,# 283, #307, #321, #334, #351, #354 and #359**)

**ORDER:**   All of the motions to seal are **DENIED**, but the effect of the order is stayed and the documents will remain sealed  for a period of 14 days to allow the parties to file a motion for reconsideration of the denial of these motions that complies with the local rules.  If no motion is filed, the documents will be unsealed by **March 15, 2010.**

**4:46 p.m.**     **Court in recess.**

**Total Time:   43  minutes.**
**Hearing concluded.**