# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 23, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-01693-MSK-KLM

*Parties*:                                                                                  *Counsel*:

MUSE JAMA,
JOSE ERNESTO IBARRA, and
DENNIS MICHAEL SMITH,

Plaintiffs,

ANTONIO CARLOS SANCHEZ,                                                  Ty Gee

        Plaintiff-Intervenor,

v.

CITY AND COUNTY OF DENVER,                                            Stuart Shapiro
KURT PETERSON, an officer with the Denver                         Tom Rice
Police Department, in his individual capacity,                          Doug Jewell
JOHN BISHOP, an officer with the Denver Police                   Sonya McKenzie
Department, in his individual capacity, ALAN
SIRHAL, a Denver Sheriff Department deputy, in
his individual capacity,

        Defendants.

---

# COURTROOM MINUTES

HEARING:   702 Evidentiary Hearing - Day 2

**10:10 a.m.     Court in session**

Continued direct examination of witness Rothlein by Mr. Gee.

No cross examination of witness.

Argument by counsel Gee and Rice.

**ORDER:**   There has not been a sufficient showing of the foundational requirements. All of the opinions are excluded.

The Court addresses defendants' 702 Motion (**Doc. #366**).

**ORDER:** Defendants' 702 Motion (**Doc. #366) is DENIED as moot**.

**11:23 a.m.** **Court in recess**

**Total Time: 1 hour 13 minutes**
**Hearing Concluded.**